# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1313

_____

STEPHEN MICHAEL DICKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Union County.
James M. Colaw, Judge.

January 22, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephen Michael Dicks, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.